## Robert Fenk Associates *v.* M & M Investments, Inc., Appellant.

opinion by DILLON, J. Argued April 15, 1975. *James J. Conte*, with him *Meffe, Rodgers & Conte*, for appellant; *Raymond N. Baum*, with him *Arnold D. Wilner*, and *Baskin, Boreman, Wilner, Sachs, Gondelman & Craig*, for appellee.

Order affirmed.

SPAETH, J., absent.

## Rose, et al. *v.* Barclay, Appellant.

Argued April 14, 1975. *Ira B. Coldren, Jr.*, with him *William M. Radcliffe*, and *Coldren and Adams*, for appellant; *David E. Cohen*, with him *Ewing K. Newcomer*, for appellee.

Order affirmed.

## Rudolph *v.* Rudolph, Appellant.

Argued April 15, 1975. *William D. Kemper*, with him *Lee C. McCandless*, and *McCandless, Chew & Krizner*, for appellant; *A. R. Cingolani, Jr.*, with him *Cingolani & Cingolani*, for appellee.

Order affirmed.

## Rusnak *v.* Sell, Appellant.

opinion by MCLEAN, JR., J. Argued April 18, 1975. *Thomas D. MacMullan,* with him *Brandt, McManus, Brandt & Malone,* for appellant; *Edward O. Spotts,* with him *James P. Gill,* and *Spotts, Gill and Morrow,* for appellee.

Order affirmed.

## Salton *v.* Ray, Appellant.

Argued April 17, 1975. *Terry T. Ray,* appellant, in propria persona; *J. Duff,* for appellee.

Order affirmed.

## Schofield, et ux., Appellants, *v.* Bessemer and Lake Erie Railroad Company, et al.

Argued April 15, 1975. *Robert L. Walker,* with him *Thomas, Shafer, Walker, Dornhaffer & Swick,* for appellants; *George Hardy Rowley* and *John F. Potter,* with them *Voorhies, Dilley, Keck, Rowley & Wallace,* and *McDonald, Illig, Jones & Britton,* for appellees.

Order affirmed.

## Stewart *v.* Uniroyal, Inc., et al., Appellants.

Argued April 17, 1975. *John W. Jordan, IV,* with him *Thomson, Rhodes & Grigsby,* for appellant, at No. 181; *Robert G. Simasek,* with him *Stein and Winters,* for appellant, at No. 185; *Anthony*